UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN BAUN GAVELLO,<br><br>Defendant. | NO: 1:15-CR-2039-TOR<br><br>ORDER DISMISSING COUNTS 1-3 AND 5-7 OF THE INDICTMENT |

BEFORE THE COURT is the government's Motion to Dismiss Counts 1-3 and 5-7 of the Indictment (ECF No. 50). The motion was submitted for consideration without oral argument. The Court has reviewed the motion and the file therein, and is fully informed. On October 5, 2015, pursuant to a plea agreement, Defendant entered a guilty plea to Count 4 of the Indictment charging him with the misdemeanor offense of Theft of Government Property (ECF No. 36). Thereafter, on December 7, 2015, a sentencing hearing was held by Magistrate Judge James P. Hutton. Pursuant to the terms of the plea agreement, the government now moves the Court to dismiss the remaining counts of the

ORDER DISMISSING COUNTS 1-3 AND 5-7 OF THE INDICTMENT ~ 1

1  Indictment. Therefore, for good cause shown, the motion is granted. However, the

2  Court makes no judgment as to the merit or wisdom of this dismissal.

3  Accordingly, IT IS HEREBY ORDERED:

4  1. The government's Motion to Dismiss Counts 1-3 and 5-7 of the

5  Indictment (ECF No. 50) is **GRANTED**.

6  2. Counts 1-3 and 5-7 of the Indictment (ECF No. 1) are **DISMISSED with**

7  **prejudice**.

8  The District Court Executive is hereby directed to enter this Order and

9  provide copies to counsel, the U.S. Probation Office, and the U.S. Marshal's

10 Service.

11 **DATED** December 16, 2015.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING COUNTS 1-3 AND 5-7 OF THE INDICTMENT ~ 2