PROB 12C
(6/16)

Report Date: March 31, 2017

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Austin Baun Gavello         Case Number: 0980 1:15CR02039-TOR-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Post Falls, Idaho 83854

Name of Sentencing Judicial Officer:  The Honorable James P. Hutton, U.S. Magistrate Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: December 7, 2015

| | |
|---|---|
| Original Offense: | Theft of Government Property, 18 U.S.C. § 641 |
| Original Sentence: | Probation- 36 months |
| Asst. U.S. Attorney: | Shawn Nicholas Anderson |
| Defense Attorney: | Federal Defender's Office |

Type of Supervision: Probation
Date Probation Commenced: 12/7/2015
Date Probation Expires:   12/6/2018

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number

1   **Special Condition # 16**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On October 4, 2016, Mr. Gavello was informed of his conditions of probation and given a copy of his judgement. Mr. Gavello understood that he needed to follow all conditions of probation.

Mr. Gavello was directed to undergo urinalysis testing due to his past drug use and his most recent relapse on methamphetamine. He has been submitting his urinalysis tests in Idaho due to relocating his residence and supervision to the District of Idaho.

On March 15, 2017, Mr. Gavello commenced random urinalysis testing and was directed to call the testing line daily. He was given a pin number that is to be entered into his phone when he calls into the testing line. After entering the pin, the automated voice would then inform Mr. Gavello if he was required to submit a urinalysis test that day.

On March 22, 2017, the undersigned officer was notified that Mr. Gavello failed to appear for a random urinalysis at Avertest in Coeur d'alene, Idaho, on March 21, 2017, and failed to call the Avertest number as directed.

Prob12C
Re: Gavello, Austin Baun
March 31, 2017
Page 2

2  **Special Condition # 16**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** On October 4, 2016, Mr. Gavello was informed of his conditions of probation and given a copy of his judgement. Mr. Gavello understood that he needed to follow all conditions of probation.

Due to Mr. Gavello's past substance abuse and recent relapse on methamphetamine, he was directed to abstain from any and all illegal drug use. On March 15, 2017, Mr. Gavello was reminded, by his supervising probation officer in Idaho, that any continued use of illegal drugs would be a violation of his Court ordered conditions. A urinalysis test submitted on March 22, 2017, revealed Mr. Gavello was positive for methamphetamine and opiates. Mr. Gavello admitted to using methamphetamine on March 18, and March 20, 2017, but denied using opiates. Mr. Gavello signed a drug use admission form on March 22, 2017, for using methamphetamine, but continued to deny using any opiate.

On March 22, 2017, the urine sample was sent to Alere Laboratory for further confirmation. On March 29, 2017, Alere confirmed the urine sample submitted was positive for methamphetamine and morphine.

On March 30, 2017, the probation officer in Idaho informed the undersigned officer that Mr. Gavello tested positive for methamphetamine on March 28, 2017. Mr. Gavello admitted to last using methamphetamine on March 20, 2017. This sample has been sent to Alere laboratory and is pending confirmation.

3  **Special Condition # 15**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

**Supporting Evidence**: On October 4, 2016, Mr. Gavello was informed of his conditions of probation and given a copy of his judgement. Mr. Gavello understood that he needed to follow all conditions of probation.

Mr. Gavello has a concerning mental health history as reflected in his presentence investigation report. Due to his recent relapse with methamphetamine, he was required to attend two mental health treatment appointments each month. However, Mr. Gavello failed to report to his initial mental health appointment on March 22, 2017. Per the Court ordered condition above, this allegedly puts him in violation of not following the treatment recommendations of the evaluating professional.

Prob12C

Re: Gavello, Austin Baun
March 31, 2017
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/31/2017

s/Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

April 3, 2017

Date