PROB 12C  
(6/16)

Report Date: April 10, 2017

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Austin Baun Gavello | Case Number: 0980 1:15CR02039-TOR-1 |
| Address of Offender: ███████████████ | Post Falls, Idaho 83854 |

Name of Sentencing Judicial Officer:  The Honorable James P. Hutton, U.S. Magistrate Judge  
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: December 7, 2015

| | |
|---|---|
| Original Offense: | Theft of Government Property, 18 U.S.C. § 641 |
| Original Sentence: | Probation- 36 months |
| Asst. U.S. Attorney: | Shawn Nicholas Anderson |
| Defense Attorney: | Federal Defender's Office |

Type of Supervision: Probation  
Date Probation Commenced: 12/7/2015  
Date Probation Expires:   12/6/2018

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/31/2017.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 16**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On October 4, 2016, Mr. Gavello was informed of his conditions of probation and given a copy of his judgment. Mr. Gavello understood that he needed to follow all conditions of probation.

Mr. Gavello was directed to undergo urinalysis testing due to his past drug use and his most recent relapse on methamphetamine. He has been submitting his urinalysis tests in Idaho due to relocating his residence and supervision to the District of Idaho.

On April 4, 2017, the undersigned officer received information from the probation officer in the District of Idaho that Mr. Gavello allegedly tested positive for methamphetamine on March 31, 2017. The sample has been sent to Alere Laboratory for further confirmation.

Prob12C
Re: Gavello, Austin Baun
**April 10, 2017**
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  04/10/2017

s/Joshua D. Schull

Joshua D Schull
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_Thomas O. Rice_
Signature of Judicial Officer

April 10, 2017
Date